UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARMANDO ARCE,
     Petitioner,

vs.                                 Case No.:  3:24cv463/LAC/ZCB

OKALOOSA COUNTY DEPARTMENT
OF CORRECTIONS, et al.,
     Respondent.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 18, 2025.  (Doc. 19).  The Court furnished the petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have made a *de novo* determination that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (Doc. 19) is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED** without prejudice for Petitioner's failure to comply with an order of the Court.

3.      All pending motions are **DENIED** as moot.

4.      The Clerk of Court must enter judgment in accordance with this order

and close the case.

**DONE and ORDERED** on this 14th day of July, 2025.


_____
                                            s/*L.A. Collier*
                                            Lacey A. Collier
                                Senior United States District Judge